UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEAH KEELEY | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| FIRST STUDENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, on this date, Defendant First Student, Inc.

("Defendant") has filed this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, in the

office of the Clerk of the United States District Court for the District of Massachusetts.  Removal

is proper for the following reasons:

1.      First Student, Inc. is the Defendant in a civil action pending in the Superior Court

of the Commonwealth of Massachusetts, Hampden County, titled *Leah Kelley v. First Student,*

*Inc.* (the "Pending Action").  The Pending Action was commenced on or about February 5, 2019

and is designated as Docket No. 19-087.

2.      Defendant, an out of state corporation, received service of the Summons and

Complaint by certified mail delivery after its date of filing, March 7, 2019.[1]  Therefore, this

Notice of Removal is timely because it is done within 30 days of proper service of the Summons

---

[1] A purported proof of service of process on March 6, 2019, by Deputy Sheriff Joseph P. Casey of the Suffolk County Sheriff's Department ("Sheriff") was included with the package received by Defendant.  However, the Sheriff's purported service of process is ineffective, as the Sheriff attempted service at Corporation Service Company at 84 State Street, Boston, MA, which is **not** the Defendant's registered agent.  *See Massachusetts Secretary of State, Business Entity ID Number 592364035 for First Transit, Inc.* (registered agent CT Corporation System, 155 Federal St., Suite 700, Boston, MA 02110).  In any event, removal is timely as of April 5, 2019.

& Complaint.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of all process and pleadings served on Defendant in the Pending Action.

3.      This Court has original jurisdiction over the Pending Action pursuant to 28 U.S.C. § 1331 in that Plaintiff alleges, *inter alia*, violation of a federal statute, the Family and Medical Leave Act, 29 U.S.C. § 2615 ("FMLA").  A federal question therefore exists in this matter.[2]

4.      Thus, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a) in that the district courts of the United States have original jurisdiction over claims under the FMLA.

5.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be given promptly to Plaintiff's counsel.  A copy of this Notice of Removal attached to the Notice of Filing Notice of Removal, attached hereto as <u>Exhibit B</u>, will also be filed promptly with the Clerk of the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts, Hampden County.

6.      By filing this Notice, Defendant does not waive their rights to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserves the right to assert any defense, denial, and/or objection to which it may be entitled.

---

[2] This matter is likely also removable pursuant to 28 U.S.C. §§ 1332 and  1441(b) based on diversity of citizenship, as Plaintiff is a citizen of Massachusetts and Defendant is a citizen of Ohio, and the amount in controversy likely exceeds $75,000 under the claims asserted.  Compl. ¶¶ 1, 2.  Defendant reserves its right to assert jurisdiction based on diversity of citizenship upon and at any time following confirmation of the amount in controversy.

Respectfully submitted,

FIRST STUDENT, INC.

By its attorneys,

/s/ Siobhan M. Sweeney
Siobhan M. Sweeney (No. 562118)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA  02110
Phone 617.378.9067
Fax 617.507.5634
April 5, 2019          ssweeney@littler.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2019, a true and accurate copy of the foregoing pleading, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants. In addition, a PDF copy of the foregoing will be forwarded counsel for Plaintiff by email, follows:

Tani@sandslaw.com
Tani Sapirstein
Sapirstein & Sapirstein, P.C.
1331 Main Street, 2d Floor
Springfield, MA 01103

/s/ Siobhan M. Sweeney
Siobhan M. Sweeney

FIRMWIDE:163616058.1 052280.1031